# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

WYNN LAS VEGAS, LLC,

        Plaintiff,

vs.

KONSTANTINOS ZOGGOLIS,

        Defendants.

2:14-cv-00157-MMD-VCF

**MINUTE ORDER**

Before the Court is Plaintiff's Emergency Motion to Compel Production of Documents (#16).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Emergency Motion to Compel Production of Documents (#16) is scheduled for 3:00 p.m., June 18, 2014, in Courtroom 3D.

IT IS FURTHER ORDERED that any opposition to Plaintiff's Emergency Motion to Compel Production of Documents (#16) is due by June 12, 2014 and the reply in support of Plaintiff's Emergency Motion to Compel Production of Documents (#16) is due by 4:00 p.m., June 16, 2014.

DATED this 6th day of June, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE