**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WYNN LAS VEGAS, LLC D/B/A WYNN LAS VEGAS, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>KONSTANTINOS ZOGGOLIS, an individual,<br><br>            Defendant. | 2:14-cv-00157-PMP-VCF<br><br>Consolidated with:<br><br>Case no.: 2:11-cv-01562-PMP-VCF<br><br>**ORDER** |
| KONSTANTINOS ZOGGOLIS,<br><br>            Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>            Defendant. | |

Before the court is Plaintiff's Motion for Order to Show Cause Why Defendant Should Not be Held in Contempt of Court and for Terminating Sanctions. (#30).

To date no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Pursuant to Local Rule IA 4-1, "[t]he Court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party appearing in *pro se* who, without just cause: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

1    Here, Defendant has failed to comply with Court Order #22.

2    Accordingly and for good cause shown,

3    IT IS HEREBY ORDERED that Plaintiff's Motion for Order to Show Cause Why Defendant Should Not be Held in Contempt of Court and for Terminating Sanctions (#30) is GRANTED.

5    IT IS FURTHER ORDERED that on or before December 5, 2014, Defendant Zoggolis must file with the Court a response showing cause as to why he should not be held in contempt for failing to comply with Court Order #22 and why the undersigned Magistrate Judge should not recommend that this case be dismissed as a sanction.  Any reply thereto must be filed by December 15, 2014.

9    Dated this 17th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE